UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANS COMMODITIES, INC.

Plaintiff,

-v-

YURIY GINATULIN

Defendant.

Case No. 18-civ-10177

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Trans Commodities, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 12/05/2018

Signature of Attorney

Attorney Bar Code: JD-3270

Form Rule7_1.pdf   SDNY Web 10/2007