UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

TRANS COMMODITIES, INC.,                    Civil Action No. 18-civ-10177

                Plaintiff,

v.                                          **CONSENT JUDGMENT**

YURIY GINATULIN,

                Defendant.

----------------------------------------------------------x

      The above-entitled action having been commenced on November 1, 2018, with plaintiff, Trans Commodities, Inc., a New York corporation, having appeared by its counsel, Kestenbaum, Dannenberg & Klein, LLP, and defendant, Yuriy Ginatulin, a resident and domiciliary of the Russian Federation, having appeared, without filing of an Answer, by filing of a Notice of Appearance by his counsel, Law Offices of Gabriella Volshteyn, PLLC, dated December 13, 2018,

      AND, the parties having stipulated that defendant is the lawful owner of a 50% interest in Caspian Progressive Technology, Ltd., a legal entity formed and doing business in the Republic of Kazakhstan, which interest was pledged to plaintiff as collateral security for a loan that had been made by plaintiff to defendant,

      AND, the parties having further stipulated to the entry of judgment with regard to the First Claim for Relief set forth in plaintiff's Complaint, as well as to the dismissal of the Second Claim for Relief set forth in plaintiff's Complaint,

      **NOW**, upon joint application of the parties, made by Stipulation for Entry of Consent Judgment, dated December 13, 2018, it is

**ORDERED, ADJUDGED and DECREED**, that Defendant's 50% ownership interest in Caspian Progressive Technology, Ltd. is hereby deemed transferred and turned over by defendant to plaintiff, as a result of which plaintiff is hereby declared to be the lawful owner of that ownership interest in Caspian Progressive Technology, Ltd.

Judgment signed this 17th day of December, 2018.

*Paul G. Gardephe*
Paul G. Gardephe
U.S. District Court Judge